ANDREA E. BATES, ESQ. SBN 192491
Abates@Bates-Bates.com
BATES & BATES, LLC
1890 Marietta Blvd., N.W.
Atlanta, GA  30318
Phone: (404) 228-7439
Fax:    (404) 963-6231

Attorneys for Plaintiff
E.I. du Pont de Nemours and Company

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.I. DUPONT DE NEMOURS AND COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMPAK CORPORATION, a Delaware corporation, and DOES 1 through 10,<br><br>Defendants. | 2:13-cv-02899-GAF-FFM<br><br>[PROPOSED] ORDER<br><br>Complaint served: May 4, 2013<br>Answer due: June 21, 2013<br><br>Hon. Gary A Feess |

Based on the parties' Voluntary Dismissal Without Prejudice, it is hereby **ORDERED** that:

1. All claims in the above-captioned action are dismissed in their entirety without prejudice; and
2. Each party is to bear its own fees and costs.

IT IS SO ORDERED.

Dated:   June 17, 2013     _____

Honorable Gary A. Feess
United States District Judge

JS-6

-1-

[Proposed] ORDER GRANTING DISMISSAL WITHOUT PREJUDICE